# EXHIBIT 2

# U.S. Patent No. 7,067,952

Claims 10 and 12

Toyota (Lexus) / Denso Power Steering Motor

Toyota (Lexus) P/N 89650-33640

| 10. A stator assembly, comprising: | The Toyota (Lexus) Power Steering Motor 89650-33640 ("89650-33640") has Toyota (Lexus) part number 89650-33640: <br><br>  <br><br> IMG_1112.JPG |
|---|---|

Case 1:17-cv-00297-LPS-CJB   Document 1-2   Filed 03/20/17   Page 4 of 29 PageID #: 27
U.S. Patent No. 7,667,952. Claim 10
"10. A stator assembly, comprising:"



IMG_1117.JPG

The 89650-33640 is marked with the Denso logo:



IMG_1117.JPG

Upon information and belief, The 89650-33640 is believed to be installed in the following 2016 Lexus models:

U.S. Patent No. 7,667,952. Claim 10

"10. A stator assembly, comprising:"

- 2016 Lexus ES



See, http://www.lexus.com/models/ES

The 89650-33640 is made in Japan:



IMG_1117.JPG

U.S. Patent No. 7,667,952. Claim 10

"10. A stator assembly, comprising:"

The 89650-33640 comprises a motor including a rotor and a stator:



IMG_1124.JPG

Case 1:17-cv-00297-LPS-CJB   Document 1-2   Filed 03/20/17   Page 7 of 29 PageID #: 30
U.S. Patent No. 7,667,952. Claim 10
"10. A stator assembly, comprising:"

The 89650-33640 further comprises a stator assembly.

For example, as shown in the picture below, the 89650-33640 includes stator segments arranged in a ring:



IMG_1147.JPG

U.S. Patent No. 7,667,952. Claim 10

"10. A stator assembly, comprising:"



IMG_1240.JPG

U.S. Patent No. 7,667,952. Claim 10

"10. A stator assembly, comprising:"



IMG_1248.JPG

Each stator core element has a stack of metal laminations encased within a white plastic material and with copper wire wrapped around the encased lamination stack:

Case 1:17-cv-00297-LPS-CJB   Document 1-2   Filed 03/20/17   Page 10 of 29 PageID #: 33
U.S. Patent No. 7,067,952. Claim 10
"10. A stator assembly, comprising:"



IMG_1248.JPG

U.S. Patent No. 7,067,952: Claim 10

"10. A stator assembly, comprising:"

In the pictures below, a single stator segment has been removed from the stator assembly to demonstrate the winding of copper wire around each lamination stack:



IMG_1296.JPG

U.S. Patent No. 7,067,952. Claim 10

"10. A stator assembly, comprising:"



IMG_1303.JPG

| a) a plurality of discrete stator segments each at least partially encased with a phase change material, | The 89650-33640 stator assembly comprises a plurality of discrete stator segments each at least partially encased within a phase change material.<br><br>The nine stacks of metal laminations are encased in white plastic sleeves and comprise a plurality of discrete stator segments. Upon information and belief, the white plastic material is a thermoplastic. Each encased stack of metal laminations is a discrete stator segment. The stator segments fit together in a ring to form the stator assembly. Seams between adjacent stacks are visible in the picture below:<br><br><br><br>IMG_1284.JPG |

"a) a plurality of discrete stator segments each at least partially encased with a phase change material,"

Each discrete stack of metal laminations has projections and indentations as identified in the picture below that link with corresponding projections and indentations of adjacent stator segments:



IMG_1294.JPG

"a) a plurality of discrete stator segments each at least partially encased with a phase change material,"



Interlocking projections and indentations to allow interlock Between adjacent stator segments

IMG_1305.JPG

Each discrete stack of metal laminations is partially encased in a white material:

U.S. Patent No. 7,067,952. Claim 10

"a) a plurality of discrete stator segments each at least partially encased with a phase change material,"



IMG_1309.JPG

"wherein the phase change material also comprises a bridge between adjacent segments to link adjacent segments into a continuous strip,"

| | |
|---|---|
| wherein the phase change material also comprises a bridge between adjacent segments to link adjacent segments into a continuous strip, | The 89650-33640 stator assembly comprises a phase change material that comprises a bridge between adjacent segments to link adjacent segments into a continuous strip.<br><br>The material encasing a single stack of metal laminations includes mating sections that link the stator segments of the 89650-33640 into a continuous strip:<br><br><br><br>IMG_1281.JPG |

"wherein the phase change material also comprises a bridge between adjacent segments to link adjacent segments into a continuous strip,"



IMG_1289.JPG

"wherein the phase change material also comprises a bridge between adjacent segments to link adjacent segments into a continuous strip,"

Pictured below is a display of the continuous strip of stator segments in the 89650-33640 stator assembly having bridges of white thermoplastic between stator segments formed by the linking of adjacent mating sections of adjacent segments:



"wherein the phase change material also comprises a bridge between adjacent segments to link adjacent segments into a continuous strip,"

| |
|---|
| IMG_1283.JPG<br><br>In the picture below, a portion of the circulator stator assembly has been "unrolled" into a linear continuous strip linked by the thermoplastic phase change material forming a bridge between adjacent segments:<br><br><br><br>IMG_1322.JPG |

U.S. Patent No. 7,067,952: Claim 10

"wherein the bridge is formed by interconnecting two mating sections formed from the phase change material; and"

| wherein the bridge is formed by interconnecting two mating sections formed from the phase change material; and | The 89650-33640 stator assembly comprises a plurality of discrete stator segments each at least partially encased within a phase change material that comprises a bridge, wherein the bridge is formed by interconnecting two mating sections formed from the phase change material.<br><br>For example, the bridges of white thermoplastic between adjacent segments are formed by mating sections as shown below:<br><br><br><br>IMG_1281.JPG |

U.S. Patent No. 7,067,952: Claim 10

"wherein the bridge is formed by interconnecting two mating sections formed from the phase change material; and"



IMG_1289.JPG

U.S. Patent No. 7,067,952: Claim 10

"b) the linked stator segments being arranged and secured together to form the stator assembly."

| | |
|---|---|
| b) the linked stator segments being arranged and secured together to form the stator assembly. | The 89650-33640 stator assembly comprises linked stator segments that are arranged and secured together to form the stator assembly.<br><br>The plurality of discrete stator segments are linked together in a ring to form the stator assembly:<br><br><br><br>IMG_1248.JPG |

"b) the linked stator segments being arranged and secured together to form the stator assembly."



IMG_1240.JPG

In the complete 89650-33640 the stator segments are enclosed in a metal housing that maintains the strip of discrete stator segments in a ring as shown in the pictures below:

U.S. Patent No. 7,067,952: Claim 10

"b) the linked stator segments being arranged and secured together to form the stator assembly."



IMG_1144.JPG

"The stator assembly of claim 10 wherein the stator segments are held in a toroidal shape by a retaining member."

| | |
|---|---|
| The stator assembly of claim 10 wherein the stator segments are held in a toroidal shape by a retaining member. | The 89650-33640 comprises a stator assembly wherein the stator segments are held in a toroidal shape by a retaining member.<br><br>The stator segments of the 89650-33640 are held in a toroidal shape by the metallic canister surrounding the stator segments.<br><br>Pictured below are the stator segments of the 89650-33640 and the canister retaining them in a toroidal shape:<br><br><br><br>IMG_1144.JPG |

"The stator assembly of claim 10 wherein the stator segments are held in a toroidal shape by a retaining member."



IMG_1147.JPG

As shown by the pictures below, in which the canister has been cut away from the stator, the outer portions of the stator segments are in direct contact with the retaining canister:

U.S. Patent No. 7,067,952: Claim 12

"The stator assembly of claim 10 wherein the stator segments are held in a toroidal shape by a retaining member."



Marks on canister from contact between outer edge of stator segments and retaining canister

IMG_1271.JPG

U.S. Patent No. 7,067,952, Claim 12

"The stator assembly of claim 10 wherein the stator segments are held in a toroidal shape by a retaining member."



Marks on canister from contact between outer edge of stator segments and retaining canister

IMG_1269.JPG