

April 6, 2017

**Via E-Filing and Hand Delivery**
John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

      RE:   *Intellectual Ventures II LLC v. Denso Corporation,*
              Civil Action No. 17-297-LPS-CJB

Dear Mr. Cerino:

    We represent Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, Denso Corporation, with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant to Rule 4(h)(2).

    We respectfully request that you serve Denso Corporation with a copy of the enclosed Complaint and Summons by mail in a manner that requires a signed receipt.  The mailing should be addressed as follows:

Chairman, President, Officer, Managing Agent, and/or General Agent
Denso Corporation
1-1, Showa-cho, Kariya,
Aichi, 448-0029
Japan

    We appreciate your assistance and are available at your convenience should you have any questions.

Respectfully,

Rosemary J. Piergiovanni