IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Intellectual Ventures II LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA: 17-297 LPS-CJB |
| ) | |
| Denso Corporation, et al. ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT

I, Cailah Garfinkel, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on December 4, 2013, by Registered Mail, the Summons, Complaint with Exhibits, Plaintiff's Report to the Commissioner of Patents and Trademarks, and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

Denso Corporation
c/o President, Officer, Managing Agent, and/or General Agent
1-1, Showa-cho,
Kariya, Aichi, 448-0029 Japan

_____
Cailah Garfinkel
Deputy Clerk

Sworn to and subscribed before me
this 7th day of April, 2017

_____
Nicole Gland
Deputy Clerk



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 7, 2017

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Denso Corporation
c/o President, Officer, Managing Agent, and/or General Agent
1-1, Showa-cho,
Kariya, Aichi, 448-0029 Japan

    RE:    **Intellectual Ventures II LLC v. Denso Corporation et al/**
             **Civil Action No. 17-297-LPS-CJB**

Dear Sir or Madam:

    Enclosed please find the Summons, Complaint with Exhibits, and Plaintiff's Report to the Commissioner of Patents and Trademarks in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

    Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

                                        Sincerely,

                                        JOHN A. CERINO
                                        Clerk

                                        By: Cailah Garfinkel
                                        Deputy Clerk

Enclosures (as stated)

Clerk's Office
United States District Court, District of Delaware
844 N. King St., Unit 18
Wilmington, DE 19801-3570

Denso Corporation
c/o President, Officer, Managing Agent,
and/or General Agent
1-1, Showa-cho,
Kariya, Aichi, 448-0029 Japan



REGISTERED MAIL™
RE 644 171 257 US