# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENSO CORPORATION, AND DENSO INTERNATIONAL AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00297-LPS<br><br>JURY TRIAL DEMANDED |

## DENSO CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant, DENSO CORPORATION, and files this its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and as such would respectfully show the Court the following:

　　1.　　Defendant, DENSO CORPORATION is a publicly held corporation;

　　2.　　DENSO CORPORATION does not have a parent corporation;

　　3.　　10% or more of the stock of DENSO CORPORATION is held by TOYOTA MOTOR CORPORATION; and

　　4.　　No other publicly held corporation or other public entity has a direct financial interest in the outcome of the litigation.

| | |
|---|---|
| Dated:  April 16, 2017 | **DLA PIPER LLP (US)** |
| | /s/ Denise S. Kraft |
| *Of Counsel:* | Denise S. Kraft (DE Bar No. 2778) |
| | Brian A. Biggs (DE Bar No. 5591) |
| Paul R. Steadman | 1201 North Market Street, Suite 2100 |
| Matthew Satchwell | Wilmington, DE  19801 |
| DLA PIPER LLP (US) | Telephone:  (302) 468-5700 |
| 203 N. LaSalle St., Suite 1900 | Facsimile:  (302) 394-2341 |
| Chicago, IL  60601-1293 | denise.kraft@dlapiper.com |
| Telephone:  (312) 368-2111 | brian.biggs@dlapiper.com |
| Facsimile:  (312) 236-7516 | |
| paul.steadman@dlapiper.com | ***Attorneys for Defendants DENSO*** |
| matthew.satchwell@dlapiper.com | ***CORPORATION, and DENSO*** |
| | ***INTERNATIONAL AMERICA, INC.*** |