**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DENSO CORPORATION, AND DENSO INTERNATIONAL AMERICA, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00297-LPS<br><br>JURY TRIAL DEMANDED |

**DENSO INTERNATIONAL AMERICA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant, DENSO INTERNATIONAL AMERICA, INC., and files this its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and as such would respectfully show the Court the following:

1. Defendant, DENSO INTERNATIONAL AMERICA, INC. is neither a publicly held corporation nor other publicly held entity;

2. DENSO INTERNATIONAL AMERICA, INC. has a parent corporation: DENSO CORPORATION, and DENSO CORPORATION is a publicly traded company;

3. DENSO CORPORATION owns 10% or more of the stock of DENSO INTERNATIONAL AMERICA, INC.; and

4. No other publicly held corporation or other public entity has a direct financial interest in the outcome of the litigation.

| | |
|---|---|
| Dated:  April 16, 2017 | **DLA PIPER LLP (US)** |
| | |
| | */s/ Denise S. Kraft* |
| *Of Counsel:* | Denise S. Kraft (DE Bar No. 2778) |
| | Brian A. Biggs (DE Bar No. 5591) |
| Paul R. Steadman | 1201 North Market Street, Suite 2100 |
| Matthew Satchwell | Wilmington, DE  19801 |
| DLA PIPER LLP (US) | Telephone:  (302) 468-5700 |
| 203 N. LaSalle St., Suite 1900 | Facsimile:  (302) 394-2341 |
| Chicago, IL  60601-1293 | denise.kraft@dlapiper.com |
| Telephone:  (312) 368-2111 | brian.biggs@dlapiper.com |
| Facsimile:  (312) 236-7516 | |
| paul.steadman@dlapiper.com | ***Attorneys for Defendants DENSO*** |
| matthew.satchwell@dlapiper.com | ***CORPORATION, and DENSO*** |
| | ***INTERNATIONAL AMERICA, INC.*** |