17- 297

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Express Mail International |
|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RE 644 171 257 US | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) 4/7/17 | | |

Addressee N
Street and N
Place and C

Denso Corporation
c/o President, Officer, Managing Agent,
and/or General Agent
1-1, Showa-cho,
Kariya, Aichi, 448-0029 Japan

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)   Date 14.3

Signature of Addressee (Signature du destinataire)
ISHIKAWA

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775   17-297 LPS CJB

2017 APR 21 PM 2:27