**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>Plaintiff,<br><br>v.<br><br>DENSO CORPORATION, AND DENSO INTERNATIONAL AMERICA, INC.,<br><br>Defendants. | Case No. 1:17-cv-00297-LPS-CJB<br><br>JURY TRIAL DEMANDED |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2017, the Court having considered the Unopposed Motion of DENSO CORPORATION, and DENSO INTERNATIONAL AMERICA, INC.'S Unopposed Motion To Stay Action Pending ITC Determination:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Intellectual Ventures II LLC, may move the Court to lift the stay upon the change in the proceedings before the U.S. International Trade Commission.

_____
THE HONORABLE CHRISTOPHER J. BURKE