## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | Case No. 1:17-cv-00297-LPS |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| DENSO CORPORATION, AND DENSO INTERNATIONAL AMERICA, INC., | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Brian A. Biggs enters his appearance on behalf of Defendants DENSO CORPORATION and DENSO INTERNATIONAL AMERICA, INC.

Dated: June 6, 2017

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants DENSO*
*CORPORATION and DENSO*
*INTERNATIONAL AMERICA, INC.*